**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**ANDY RAUL CARRILLO,**

***Plaintiff*,**

**v.** **Case No.: 5:26cv192-MW/MJF**

**TAMPA POLICE DEPARTMENT,**
**et al.,**

***Defendants*.**
_____________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court’s opinion. The Clerk shall enter judgment stating, “Plaintiff’s action is **DISMISSED** without prejudice for failure to pay the filing fee, failure to comply with a Court Order, and failure to prosecute.” The Clerk shall close the file.

**SO ORDERED on September 18, 2026.**

**s/Mark E. Walker**
**United States District Judge**